IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| COLONIAL BANCGROUP, INC., | ) | BANKRUPTCY CASE NO. |
| | ) | 09-32303-DHW |
|    Debtor. | ) | |
| | ) | |
| COLONIAL BANCGROUP, INC., | ) | DISTRICT COURT MISC. NO. |
| | ) | 2:11mc3579-MHT |
|    Plaintiff, | ) | (Bankr. Adv. Proc. |
| | ) | No. 11-03022) |
|    v. | ) | |
| | ) | |
| BRANCH BANKING AND TRUST COMPANY, | ) ) | |
| | ) | |
|    Defendant. | ) | |

## SCHEDULING ORDER

Based on the representations made by the parties during a telephone conference on September 28, 2011, it is ORDERED as follows:

(1) Defendant Branch Banking and Trust Company's motion to withdraw the reference (doc. no. 1) is set for submission, without oral argument, on October 27, 2011.

(2) By October 20, 2011, plaintiff Colonial BancGroup, Inc. is to file its opposition brief.

    **(3) Defendant Branch Banking and Trust Company will then have until October 27, 2011, to file any reply.**

    **DONE, this 29th day of September, 2011.**

                                      <u>/s/ Myron H. Thompson</u>
                                      **UNITED STATES DISTRICT JUDGE**