```
         IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

            MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


IN RE:                         )
                               )
COLONIAL BANCGROUP, INC.,      )   BANKRUPTCY CASE NO.
                               )       09-32303-DHW
    Debtor.                    )
                               )
COLONIAL BANCGROUP, INC.,      )
                               )
    Plaintiff,                 )
                               )   DISTRICT COURT MISC. NO.
    v.                         )        2:11mc3579-MHT
                               )      (Bankr. Adv. Proc.
BRANCH BANKING AND TRUST       )       No. 11-03022)
COMPANY,                       )            (WO)
                               )
    Defendant.                 )
```

**JUDGMENT**

Pursuant to the joint "Stipulation of Withdrawal of the Motion to Withdraw Reference and Dismissal of Action with Prejudice" (doc. no. 9), it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The court construes the stipulation of withdrawal as a motion to withdraw motion to withdraw reference; the motion to withdraw motion to withdraw

reference (doc. no. 9) is granted; and the motion to withdraw reference (doc. no. 1) is withdrawn.

(2) This cause is dismissed in its entirety with prejudice and with the parties to bear their own costs and fees.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case remains closed.

DONE, this the 26th day of October, 2015.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE